IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ DISTRICT OF GEORGIA
_AUGUSTA_ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_LANGSTON, BRANDON #1286401_

DEC 06 2024

FILED

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

_NATALIE S. PAINE (D.A.), CPL. EARD TRIMMINGHAM, J. WADE PADGETT, ELAINE C. JOHNSON (C.), MARY GARREN_

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

_CV124 - 221_

## I. GENERAL INFORMATION

1. Your full name and prison number _LANGSTON, BRANDON_

2. Name and location of prison where you are now confined _VALDOSTA S.P. 3259 VALTEC HRD._

3. Sentence you are now serving (how long?) _20 YRS._

   (a) What were you convicted of? _BURGLARY_

   (b) Name and location of court which imposed sentence _RICHMOND COUNTY JUDICIAL CIRCUIT 735 JAMES BROWN BLVD._

   (c) When was sentence imposed? _FEBRUARY 2018_

   (d) Did you appeal your sentence and/or conviction?   Yes ☑   No ☐

   (e) What was the result of your appeal? _APPEAL DENIED_

(f) Approximate date your sentence will be completed ___02/10/2037___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☐   No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s): _____

Defendant(s): _____

(b) Name of Court: _____

(c) Docket Number: _____ When did you file this lawsuit? _____

(d) Name of judge assigned to case: _____

(e) Is this case still pending?   Yes ☐   No ☐

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☑   No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): _LANGSTON, BRANDON_

Defendant(s): _JERMAINE, WHITE, MR SKIPPER, MS RUMPH, MR DANIELS_

(b) Name of Court: _UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF G.A._

(c) Docket Number: _CV 322-020_   When did you file this lawsuit? _06/22/2022_

(d) Name of judge assigned to case: _DUDLEY H. BOWEN_

(e) Is this case still pending?   Yes ☐   No ☑

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____DISMISSED_____

_____

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☑    No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

SOUTHERN DISTRICT_____    CV322-020_____

_____    _____

_____    _____

_____    _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? RICHMOND COUNTY JUDICIAL CIRCUIT_____

(a) Does this institution have a grievance procedure?        Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☐        No ☑

(2) If Yes, what was the result?_____

_____

_____

(3) If No, explain why not: YOU CAN'T GRIEVE A FALSE IMPRISON-
MENT CASE IF THEY'RE USING THE COURT SYSTEM TO HOLD YOU,
AND I JUST FOUND OUT WHAT IS GOING ON._____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I DION'T, I FOUND OUT WHAT WAS GOING ON AND FILED A 1983.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes ☐    No ✓

(1) If Yes, to whom did you appeal and what was the result?_____

(2) If No, explain why you did not appeal:_____

10. In what other institutions have been confined? Give dates of entry and exit.

MONTGOMERY S.P. 2018-2019, SMITH S.P. 2019-2020, TELFAIR S.P. 2020-2023, HAYS P. 2023, WARE S.P. 2023, G.D.C.P. 2018

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

VALDOSTA S.P. P.O. BOX 5368 VALDOSTA, G.A. 31603

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

NATALIE S. PAINE (D.A.) RICHMOND COUNTY JUDICIAL CIRCUIT
CPL. EARD TRIMMINGHAM RICHMOND COUNTY SHERIFF'S OFFICE
JUDGE J. WADE PADGETT RICHMOND COUNTY JUDICIAL CIRCUIT
ELAINE C. JOHNSON CLERK RICHMOND COUNTY JUDICIAL CIRCUIT
MARY CARREN GRAND JUROR RICHMOND COUNTY JUDICIAL CIRCUIT

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? RICHMOND COUNTY JAIL

WHEN do you allege this incident took place? MARCH 28TH, 2017

WHAT happened? ONE OF THE GRAND JURORS FORGED THEIR NAME IN ANOTHER GRAND JURORS PLACE. MARY GARREN. EVERYONE ELSE JUST WENT ON LIKE SHE DID NOTHING WRONG. MRS. PAINE, MR. TRIMMINGHAM, MR. PADGETT, AND MRS. JOHNSON. ALL DEPRIVED ME OF MY RIGHTS TO THE 14th AMENDMENT EQUAL PROTECTION OF THE LAWS. BECAUSE I WAS SUPPOSE TO HAVE BEEN RELEASED NOW I'M BEING HELD UNDER FALSE IMPRISONMENT BECAUSE I WAS CONVICTED AT TRIAL UNDER A FALSE INDICTMENT.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

~~S. Kelly~~, JOHNSON, PETER RICHMOND COUNTY JUDICIAL CIRCUIT HE KNOWS ABOUT THE FALSE INDICTMENT.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I WANT TO BE RELEASED IMMEDIATELY AND I WANT TO BE COMPENSATED $40,000 FOR EVERY DAY I SPENT INCARCERATED. THEY TOOK TIME FROM MY LIF THAT I'll NEVER GET BACK AND I'M MENTALLY SCARRED.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this _12TH_ day of _NOVEMBER_ , 20 _24_ .

_B. Langston_
PLAINTIFF

LANGSTON, BRANDON # 128640
VALDOSTA S.P. E-1-72
P.O. Box 5368
VALDOSTA, GA 31603

CV-00221-JRH-BKE    Document 1    Filed 12/06/24

U.S. DISTRICT COURT SOUTHERN
DISTRICT OF GA.
P.O. BOX  1130
AUGUSTA, GA 30903

30903-113030

