IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON LANGSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-221 |
| | ) | |
| NATALIE S. PAINE; CPL. EARD | ) | |
| TRIMMINGHAM; JUDGE J. WADE | ) | |
| PADGETT; ELAINE C. JOHNSON; and | ) | |
| MARY GARREN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** the motion to proceed *in forma pauperis*, (doc. no. 5). In accordance with Local Rule 4.2, Plaintiff shall have twenty-one calendar days from the date of service of this Order to pay the $405 filing fee. Should Plaintiff fail to make timely payment, the Clerk of Court is **DIRECTED** to dismiss the case without prejudice and close this civil action on the twenty-fifth day after the date of this Order.[1] Should Plaintiff pay the $405 filing fee, the case will proceed in the normal course of business. Should Plaintiff not pay the $405 but file

---

[1] In accordance with Federal Rule of Civil Procedure 6(d), three days are added to the deadline because the Clerk of Court serves *pro se* Plaintiff by United States mail. Therefore, the twenty-one-day deadline becomes a twenty-four-day deadline.

any other motion prior to the filing fee deadline, the Clerk shall take no action with respect to dismissing the case until further order of the Court.

SO ORDERED this ___6th___ day of February, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA