IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON LANGSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-221 |
| | ) | |
| NATALIE S. PAINE; CPL. EARD | ) | |
| TRIMMINGHAM; JUDGE J. WADE | ) | |
| PADGETT; ELAINE C. JOHNSON; and | ) | |
| MARY GARREN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 8, 2025, the Magistrate Judge recommended denying Plaintiff's renewed request to proceed *in forma pauperis* ("IFP") and requiring Plaintiff to pay the $405.00 filing fee because he had nearly $1,100.00 in his prison trust account and attested in his renewed IFP motion he had no debts or financial obligations. (See doc. no. 5, p. 2; doc. no. 7.) Having received no objections to the recommendation by the January 27, 2025 deadline, the Court, on February 6, 2025, adopted the recommendation as its own opinion, and in accordance with Local Rule 4.2, directed Plaintiff to pay the $405.00 filing fee within twenty-one days. (Doc. nos. 8, 9.) In an Order dated February 12, 2025, the Court reviewed Plaintiff's belated objections received after entry of the original adoption order, again concluded Plaintiff was not entitled to proceed IFP, and extended the deadline until

March 7, 2025, to pay the filing fee or provide information why he does not have access to the over $1,000.00 prison officials reported he had in his prisoner trust account. (Doc. no. 11.)

Having received no payment or explanation from Plaintiff by the March 7th deadline, the Court **DIRECTS** the **CLERK** to dismiss this case without prejudice and **CLOSE** this civil action in accordance with Local Rule 4.2(2).

SO ORDERED this 21st day of March, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA