AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRANDON LANGSTON,

v.

NATALIE S. PAINE, CPL. EARD TRIMMINGHAM,
JUDGE J. WADE PADGETT, ELAINE C. JOHNSON,
MARY GARREN.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:24-cv-00221

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed March 21, 2025, this case is dismissed without prejudice and closed in accordance with Local Rule 4.2(2.).



3/21/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020